# EXHIBIT A

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Sannova Analytical Inc | 11/30/2022 | Wire | $ 10,150.00 |
| Akorn Operating Company, LLC | Sannova Analytical Inc | 1/13/2023 | Wire | $ 1,635.20 |
| Akorn Operating Company, LLC | Sannova Analytical Inc | 2/1/2023 | Wire | $ 22,370.00 |
| | | | | $ 34,155.20 |